IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:15 CR 32 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OPINION</u> |
| JOENELL L. RICE, | ) | <u>AND ORDER</u> |
| | ) | |
| Defendant. | ) | |

This case is before the Court on Mr. Rice's request for a reduction in sentence. (ECF #64). This motion, is mostly illegible, though it appears to be arguing that he conviction for possession of a firearm is not categorized as a violent crime, and he should, therefore, be entitled to a sentence reduction. He mentions the First Step Act, but provides no basis upon which this Act would apply to his case. Mr. Rice has not shown that he is entitled to any relief under this statute. 18 U.S.C. Section 3582(c) prohibits a Court from modifying a term of imprisonment once it has been imposed except under certain specified circumstances. None of these circumstances appear to apply in Mr. Rice's case. The motion is, therefore, DENIED. (ECF #64). IT IS SO ORDERED.

*[signature]*
Donald C. Nugent
Senior United States District Judge

Date: May 13, 2020